# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Silver,<br><br>    Plaintiff,<br><br>v.<br><br>North Star Services, Inc., et al.,<br><br>    Defendants. | No. CV-13-1346-PHX-BSB<br><br>**ORDER** |

Upon motion by the parties (Doc. 31), and good cause appearing,

**IT IS ORDERED** that this case is dismissed with prejudice, with each side to bear their own attorney's fees and costs.

Dated this 5th day of June, 2014.

_____
Bridget S. Bade
United States Magistrate Judge